Ray Bourhis, Esq. SBN 53196
Alexander MacDougall, Esq. SBN 286774
RAY BOURHIS ASSOCIATES
12 Funston Avenue
The Presidio of San Francisco
San Francisco, CA 94129
Tel: (415) 392-4660
Fax: (415) 421-0259

Attorneys for Plaintiff AGUSTIN ARGENAL

UNTITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN ARGENAL,<br><br>    Plaintiff,<br><br>v.<br><br>REASSURE AMERICA LIFE INSURANCE COMPANY, MACCABEES MUTUAL LIFE INSURANCE COMPANY, ROYAL MACCABEES LIFE INSURANCE COMPANY, SWISS REINSURANCE AMERICA CORPORATION, and DOES 1 – 50, inclusive,<br><br>    Defendants. | Case No.: CV 13 1947 CRB<br><br>STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE AND FILING DATE FOR JOINT CASE MANAGEMENT STATEMENT; ~~PROPOSED~~ ORDER THEREON<br><br>Action Filed : April 26, 2013 |

IT IS HEREBY STIPULATED by and between Plaintiff AGUSTIN ARGENAL and Defendants REASSURE AMERICA LIFE INSURANCE COMPANY, et al., by and through their counsel, that the Case Management Conference ("CMC") and deadline for filing the Joint Case Management Statement ("JCMS") be rescheduled as follows:

|  | Current Date | Proposed Date |
|---|---|---|
| CMC | August 16, 2013 | October 18, 2013 |
| JCMS | August 9, 2013 | October 11, 2013 |

1

**STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE AND DEADLINE FOR CASE MANAGEMENT CONFERENCE STATEMENTS; PROPOSED ORDER THEREON**

1  Good cause exists for the continuance as the Parties have agreed to participate in private
2  mediation at the first date available to all parties and counsel on or around the first week of
3  October 2013. The parties seek to continue the CMC and JCMS and exchange of Initial
4  Disclosures in an effort to be efficient and cost effective in attempting resolution of the matter
5  prior to incurring costs and fees associated with same.
6  Respectfully Submitted.
7  Dated: August 7, 2013

RAY BOURHIS ASSOCIATES

By: /s/ Ray Bourhis
Ray Bourhis, Esq.
Alexander MacDougall, Esq.
Attorneys for Plaintiff AGUSTIN ARGENAL


GORDON & REES, LLP



By: _____/s/ Margie Lariviere_____
Margie R. Lariviere
Defendants Attorney for Reassure America Life
Insurance Company, et al.


IT IS SO ORDERED. The CMC is rescheduled to October 13, 2013 at 8:30 a.m. in Courtroom 6, 17th Floor, 450 Golden Gate Avenue, San Francisco. All attendant dates are continued according to the Court's Order Setting Case Management Conference.

Dated: August 9, 2013                          _____
                                               The Honorable Charles R. Breyer

*IT IS SO ORDERED — Judge Charles R. Breyer*

2

**STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE AND DEADLINE FOR CASE MANAGEMENT CONFERENCE STATEMENTS; PROPOSED ORDER THEREON**