UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN ARGENAL, | CASE NO. CV-13-1947 CRB |
| Plaintiff, | **ORDER ON PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING HEARING AND BRIEFING SCHEDULE ON PALINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| REASSURE AMERICA LIFE INSURANCE COMPANY, MACCABEES MUTUAL LIFE INSURANCE COMPANY, ROYAL MACCABEES LIFE INSURANCE COMPANY, SWISS REINSURANCE AMERICA CORPORATION, and DOES 1-50, inclusive, | |
| Defendants. | |

This Court, having considered Defendants' *Ex Parte* Application for an Order Continuing Hearing and Briefing Schedule on Plaintiffs' Motion for Partial Summary Judgment, hereby orders as follows:

IT IS HEREBY ORDERED that Plaintiff's application is granted.

The hearing on Plaintiff's Motion for Partial Summary Judgment is continued until January 31, 2014. The opposition and reply briefs are continued in conjunction therewith. Opposition papers are to be filed no later than 21 days prior to the hearing date and reply briefs no later than 14 days prior to the hearing date.

IT IS SO ORDERED

Dated: November 20, 2013



Hon_____
Uni_____
Judge Charles R. Breyer

-1-

[PROPOSED] ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER CONTINUING HEARING AND BRIEFING SCHEDULE ON PALINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT. CASE NO. CV-13-1947 CRB