UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AGUSTIN ARGENAL,

                Plaintiff,

    vs.

REASSURE AMERICA LIFE INSURANCE
COMPANY, MACCABEES MUTUAL LIFE
INSURANCE COMPANY, ROYAL MACCABEES
LIFE INSURANCE COMPANY, SWISS
REINSURANCE AMERICA CORPORATION, and
DOES 1-50, inclusive,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.  CV-13-1947 CRB

**ORDER GRANTING
DEFENDANTS' MOTION TO
CHANGE THE HEARING DATE
FOR PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY
JUDGMENT, OR IN THE
ALTERNATIVE, SHORTEN THE
TIME TO HEAR DEFENDANTS'
MOTION FOR SUMMARY
JUDGMENT**

This Court, having considered Defendants' Motion to Change the Hearing Date for Plaintiffs' Motion for Partial Summary Judgment pursuant to Local Rule 6-3, hereby orders as follows:

IT IS HEREBY ORDERED that Defendants' motion is granted.

The hearing on Plaintiff's Motion for Partial Summary Judgment is continued until March 21, 2014 so that the Court can hear both this motion and Defendants' Motion for Summary Judgment on that date.

IT IS SO ORDERED.

Dated:  February 3, 2014



Judge Charles R. Breyer

*Sidebar (left margin):*
Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-1-

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE THE HEARING DATE FOR
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT. CASE NO.  CV-13-1947 CRB

1088608/18373516v.1