1  MARGIE R. LARIVIERE (SBN: 172975)
   mlariviere@gordonrees.com
2  MICHAEL PURSELL (SBN: 278869)
   mpursell@gordonrees.com
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA 94111
5  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
6
   Attorneys for Defendants
7  REASSURE AMERICA LIFE INSURANCE COMPANY
   as successor in interest to ROYAL MACCABEES LIFE INSURANCE COMPANY,
8  MACCABEES MUTUAL LIFE INSURANCE COMPANY, and
   erroneously named SWISS REINSURANCE AMERICA CORPORATION
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13  AGUSTIN ARGENAL,                         )   CASE NO.  CV-13-1947 CRB
                                             )
14                    Plaintiff,             )   **NOTICE OF SETTLEMENT**
                                             )
15       vs.                                 )
                                             )
16  REASSURE AMERICA LIFE INSURANCE          )
    COMPANY, MACCABEES MUTUAL LIFE           )
17  INSURANCE COMPANY, ROYAL MACCABEES       )
    LIFE INSURANCE COMPANY, SWISS            )
18  REINSURANCE AMERICA CORPORATION, and     )
    DOES 1-50, inclusive,                    )
19                                           )
                      Defendants.            )
20                                           )

-1-
NOTICE OF SETTLEMENT

Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents, and filing a dismissal with the Court within the next thirty (30) days. The parties request that the Court retain jurisdiction of this case during said 30-day period.

Dated: June 3, 2014

| RAY BOURHIS ASSOCIATES | GORDON & REES LLP |
|---|---|
| By: /s/ Ray Bourhis<br>    Ray Bourhis | By: /s/ Margie R. Lariviere<br>    Margie R. Lariviere<br>    Michael A. Pursell |
| Attorney for Plaintiff<br>AGUSTIN ARGENAL | Attorneys for Defendants<br>REASSURE AMERICA LIFE INSURANCE COMPANY as successor in interest to ROYAL MACCABEES LIFE INSURANCE COMPANY, MACCABEES MUTUAL LIFE INSURANCE COMPANY, and erroneously named SWISS REINSURANCE AMERICA CORPORATION |